No. 190. INTERNATIONAL WORKERS ORDER, INC. v. NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, ET AL.; and
No. 283. SELIGSON ET AL. v. NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE. Court of Appeals of New York. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Osmond K. Fraenkel, Frank J. Donner* and *Arthur Kinoy* for petitioner in No. 190. *Milton H. Friedman* and *Thomas Russell Jones* for petitioners in No. 283. *Paul W. Williams* and *James B. Henry, Jr.,*

858

Special Assistant Attorneys General, for New York, by Bohlinger, Superintendent of Insurance, respondent. Reported below: 305 N. Y. 258, 112 N. E. 2d 280.